UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

    V.

STEVEN NESTOR,                           Case No. 1:17MJ46

    Defendant.

## ORDER

    The above-named defendant, having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act based upon the CJA-23 Financial Affidavit submitted by the defendant, it is ORDERED, Assistant Federal Public Defender, Katy J. Cimino, of 230 West Pike Street, Huntington Bank, Ste. 360, Clarksburg, West Virginia  26301, Telephone No.(304) 622-3823, is hereby APPOINTED to represent the defendant in this action.

    The Clerk is directed to forward a copy of this Order to the defendant, the Office of the Federal Public Defender, United States Attorney, United States Probation, and the United States Marshal's Office.

DATED: May 16, 2017.

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE